

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO. 4:21-CR-66

MELVIN HILSON

18 U.S.C. § 242
18 U.S.C. § 1519
18 U.S.C. § 1512(b)(3)

## INDICTMENT

### GENERAL ALLEGATIONS

At all times relevant to this indictment:

1. MELVIN HILSON was employed by the Mississippi Department of Corrections and working as a K-9 officer at the Mississippi State Penitentiary in Parchman, Mississippi.

2. J.T. was a convicted inmate housed at the Mississippi State Penitentiary in Parchman, Mississippi.

3. The allegations set forth in paragraphs 1 and 2 are re-alleged and incorporated in Counts One through Three.

The Grand Jury charges:

### COUNT ONE

[18 USC § 242 – Deprivation of Rights Under Color of Law]

On or about August 3, 2016, in Sunflower County, Mississippi, within the Northern District of Mississippi, the defendant, **MELVIN HILSON**, while acting under color of law, willfully deprived J.T. of the right, secured and protected by the Constitution and laws of the United States, to be free from cruel and unusual punishment. Specifically, **MELVIN HILSON** assaulted J.T. by repeatedly striking him and, at times, striking and knocking J.T. to the ground, and then pulling

him up, only to strike him and knock him to the ground again. This offense resulted in bodily injury to J.T.

All in violation of Title 18, United States Code, Section 242.

## COUNT TWO

[18 USC § 1519 – False Report]

On or about August 3, 2016, in Sunflower County, Mississippi, within the Northern District of Mississippi, the defendant, **MELVIN HILSON**, while acting in relation to and in contemplation of a matter within the jurisdiction of the FBI, an agency of the United States, knowingly falsified a document with the intent to impede, obstruct, and influence the investigation and proper administration of that matter. Specifically, **MELVIN HILSON** wrote and submitted a false and misleading Rules Violation Report, in which he stated that during a pat search in the Unit 42 holding tank, he found J.T. to be in possession of contraband items. Defendant **HILSON**'s report was false because in truth and in fact, as defendant **HILSON** knew at the time, defendant **HILSON** did not recover contraband items from J.T. during a search in the Unit 42 holding tank.

All in violation of Title 18, United States Code, Section 1519.

## COUNT THREE

[18 USC § 1512(b)(3) – Tampering with a Witness]

On or about August 9, 2016, in Sunflower County, Mississippi, in the Northern District of Mississippi, the defendant, **MELVIN HILSON**, knowingly engaged in misleading conduct toward another person, and attempted to do so, with intent to hinder, delay, and prevent the communication to a federal law enforcement officer of information relating to the commission and possible commission of a federal offense in the Northern District of Mississippi, specifically, the offense of Deprivation of Rights Under Color of Law, as alleged in Count One of this Indictment.

Specifically, when speaking to Mississippi Department of Corrections Investigators, defendant **HILSON** gave a false account of his actions in Unit 42 on or about August 3, 2016.

All in violation of Title 18 United States Code, Section § 1512(b)(3).

A TRUE BILL:

_____
CLAY JOYNER
ACTING UNITED STATES ATTORNEY

/s/ Redacted signature_____
FOREPERSON